Jack L. VAUGHN, D.V.M., Appellant,

v.

MISSOURI VETERINARY MEDICAL BOARD,[1] Respondent.

No. WD 46418.

Missouri Court of Appeals, Western District.

Jan. 26, 1993.

■

Earl F. Seitz, Columbia, for appellant.

William L. Webster, Atty. Gen., Jane A. Rackers, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and FENNER and HANNA, JJ.

---

1. The appellant named the Administrative Hearing Commission as a party respondent in this appeal. The administrative hearing agency is not a contending party on appeal. We have deleted the Administrative Hearing Commission as a named respondent. *See Geriatric Nursing Facility, Inc. v. Department of Social Services,* 693 S.W.2d 206, 209 (Mo.App.1985).

## ORDER

PER CURIAM.

Appellant appeals from the respondent's revocation of appellant's license to practice veterinarian medicine.

Judgment Affirmed. Rule 84.16(b).